Allan D. NewDelman, Esq. (004066)
Roberta J. Sunkin, Esq. (011993)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
(602) 264-4550
anewdelman@adnlaw.net
Attorney for Debtor - Limited Appearance

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter Seven |
| ANDREA KRYSTINA MENDOZA, | Case No. 2-23-bk-07320 EPB |
| Debtor. | MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY |
| | Re: 14262 West Calavar Road Surprise, AZ 85379 |

Now comes the Debtor, Andrea Krystina Mendoza, by and through counsel, Allan D. NewDelman, P.C., respectfully moves this Court for an Order compelling Jill H. Ford, the Chapter 7 Trustee in this bankruptcy case, to abandon real property located at 14262 West Calavar Road, Surprise, Arizona, 85379 as it is burdensome to the estate and is of inconsequential value. This Motion is filed pursuant to 11 U.S.C. §554(b) and Local Bankruptcy Rule 6007-1. In support of this Motion, the Debtor states as follows:

1. The Debtor filed her voluntary petition under Chapter 7 of the Bankruptcy Code on October 13, 2023.

2. At the time of filing, the Debtor was the titled owner of homestead real property located at 14262 West Calavar Road, Surprise, Arizona, 85379. (the "Property") more formally

described as:

> LOT 68, SIERRA VERDE PARCEL 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 655 OF MAPS, PAGE 1.

Parcel Number 509-17-428

3. At the time the case was filed, the Debtor indicated on Schedule A/B of the Petition that the Property had an estimated value of $460,100.00.

4. At the time this case was filed, the Debtor indicated on Schedule D of the Petition that mortgage lien against the Property totals approximately $277,669.00. In addition, records available at the Maricopa County Recorder's Office show a "fixture filing" UCC-1 security interest against the property in the amount of $9,431.00 in favor of Oak Grove Trust. The balance owed on this security interest is not known by undersigned.

5. Debtor properly claimed a homestead exemption in the Property pursuant to A.R.S. §33- 1101(A) in the amount of $400,000.00. No objection to the claimed exemption has been filed.

6. The exemption exceeds the equity available in the real property, leaving no value to the Bankruptcy Estates. Therefore, the Property is of inconsequential value and a burden to the estate.

7. The Debtor has entered into a contract for the sale of the Property with the buyers wishing to close on the transaction as quickly as possible. A copy of the Estimated ALTA Settlement Statement is attached hereto and incorporated herein by reference as Exhibit "A". The estimated net proceeds to the Debtor is substantially less than the allowed homestead exemption, further showing that the Property is of no value to the Bankruptcy Estate. The sale will not close

-2-

Case 2:23-bk-07320-EPB    Doc 16    Filed 08/01/24    Entered 08/01/24 07:54:17    Desc
Main Document    Page 2 of 7

while the Property remains property of the Bankruptcy Estate.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order compelling the Trustee to abandon the Property from the Bankruptcy Estate.

RESPECTFULLY SUBMITTED this 1st day of August, 2024.

>     ALLAN D. NEWDELMAN, P.C.
>
>     /s/ RJS 011993
>     Roberta J. Sunkin, Esq.

# EXHIBIT "A"

**Estimated Closing Statement**

| | |
|---|---|
| Estimated ALTA Settlement Statement | |
| American Land Title Association | ALTA Settlement Statement - Combined |
| | Adopted 05-01-2015 |

| | | |
|---|---|---|
| File No./Escrow No.: 24-07-228909JB | **Central Phoenix** | Title Company |
| Print Date & Time: 07/17/2024 12:07 | **Driggs Title Agency, Inc.** | |
| Officer/Escrow Officer: Julio Beltran | **ALTA Universal ID** | |
| Settlement Location: 2020 N Central Ave  Ste 170 | | |
| Phoenix, AZ 85004 | | |

| **Closing Information** | | **Transaction Information** | |
|---|---|---|---|
| Date Issued | 07/31/2024 | Borrower/Buyer | Martha Zamora and Adalberto R. Zamora  14262 West Calavar Road  Surprise, AZ 85379 |
| Closing Date | 07/31/2024 | | |
| Disbursement Date | 07/31/2024 | Seller | Andrea K. Mendoza  14262 West Calavar Road  Surprise, AZ 85379 |
| Settlement Agent | Driggs Title Agency, Inc. | | |
| Escrow No. | 24-07-228909JB | Lender | Guild Mortgage Company, LLC  P.O. Box 818009 , Cleveland, Oh 44181-9600 |
| Property | 14262 West Calavar Road  Surprise, Arizona 85379 | | |
| Sales Price | $365,000.00 | | |

## Estimated ALTA Settlement Statement

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $365,000.00 | Sales Price of Property | $365,000.00 | |
| | | Deposit including Earnest Money | | $2,000.00 |
| | | Loan Amount #794-2010180 | | $358,388.00 |
| $4,000.00 | | Seller Credit | | $4,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $2.47 | Prorated HOA dues From: 07/31/2024 To: 08/01/2024 (1 days) @ $74.00 Monthly (30) | $2.47 | |
| $903.12 | | Prorated Property Taxes From: 01/01/2024 To: 07/31/2024 (212 days) @ $1,553.96 Yearly (365) | | $903.12 |
| | | | | |
| | | **Loan Charges to Guild Mortgage Company, LLC** | | |
| | | Homeownership Counseling Fee | $99.00 | |
| | | Flood Transfer Fee | $10.00 | |
| | | Origination Fee | $3,522.25 | |
| | | Underwriting Fee | $995.00 | |
| | | Processing Fee | $845.00 | |
| | | Homeowners Insurance Premium | $1,200.00 | |
| | | Prepaid Interest | $74.87 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Investor review fee | $400.00 | |
| | | Investor funding fee | $400.00 | |
| | | Tax Service Fee | $75.00 | |
| | | Mortgage Insurance Premium | $6,163.93 | |
| | | Tax Certification Fee | $75.00 | |
| | | Credit Report Fee | $54.00 | |
| | | Appraisal Fee | $650.00 | |
| | | Wire Transfer Fee | $23.00 | |
| | | Flood Certification Fee | $10.00 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowners Insurance 2 months @ $100.00/month | $200.00 | |
| | | Property Taxes 7 months @ $129.50/month | $906.50 | |
| | | Aggregate Credit | -$788.52 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Endorsement CLTA 100 to Driggs Title Agency, Inc. | $75.00 | |
| $993.00 | | Title - Title - Settlement Or Closing Fee to Driggs Title Agency, Inc. | $993.00 | |
| | | Title - Lender Policy to Driggs Title Agency, Inc. | $1,057.00 | |
| | | Title - EO Signing Service Fee-Buyer to Driggs Title Agency, Inc. | $150.00 | |
| $150.00 | | Title - EO Signing Service Fee-Seller to Driggs Title Agency, Inc. | | |
| $95.00 | | Title - Reconveyance Tracking Fee to Driggs Title Agency, Inc. | | |
| | | Title - CPL Fee (AZ Statute - SB1047) to Driggs Title Agency, Inc. | $25.00 | |
| $100.00 | | Title - Fraud Prevention (P) to Driggs Title Agency, Inc. | $100.00 | |
| | | Title - Endorsement ALTA 8.1 to Driggs Title Agency, Inc. | $50.00 | |
| | | Title - Endorsement ALTA 9 to Driggs Title Agency, Inc. | $75.00 | |
| | | Title - Endorsement ALTA 5.0 to Driggs Title Agency, Inc. | $50.00 | |
| | | | | |
| | | **Commission** | | |
| $14,600.00 | | Listing Agent Commission to Dpr Realty LLC | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $62.50 | | Title - Recording Service Fee to Driggs Title Agency, Inc. | $62.50 | |

| Seller | | Description | Borrower/Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Payoff(s)** | | |
| | | | | |
| | | **Miscellaneous** | | |
| $1,789.00 | | Title - Owners Policy to Driggs Title Agency, Inc. | | |
| $500.00 | | Home Warranty to Old Republic | | |
| | | HOA - Dues | $798.60 | |
| $10,000.00 | | UCC HVAC Collateral ESTIMATE | | |
| | | HOA - Transfer Fees | $74.00 | |
| $222,000.00 | | ESTIMATED MORTGAGE PAYOFF | | |
| | | | | |
| **Seller** | | | **Borrower/Buyer** | |
| Debit | Credit | | Debit | Credit |
| $255,192.62 | $365,002.47 | **Subtotals** | $383,427.60 | $365,291.12 |
| | | From Borrower | $18,136.48 | |
| | $109,809.85 | To Seller | | |